| | |
|---|---|
| 1 | RODNEY M. HUDSON (SBN #189363) |
|   | rodney.hudson@dbr.com |
| 2 | DRINKER BIDDLE & REATH LLP |
|   | 50 Fremont Street, 20th Floor |
| 3 | San Francisco, CA  94105-2235 |
|   | Telephone:     (415) 591-7500 |
| 4 | Facsimile:      (415) 591-7510 |

Attorneys for Defendants
BAYER HEALTHCARE PHARMACEUTICALS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN LOMBARDO and ANTHONY LOMBARDO, | Case No. CV 11 1153 EMC |
| Plaintiffs, | **STIPULATION OF PLAINTIFFS AND DEFENDANT BAYER HEALTHCARE PHARMACEUTICALS, INC. TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING**   ; ORDER |
| v. | |
| BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER SCHERING PHARMA AG; GE HEALTHCARE, INC.; GE HEALTHCARE AS; MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC., | |
| Defendants. | |

Pursuant to Local Rule 6-1 of the United States District Court for the Northern District of California, and based on the agreement between counsel for Plaintiffs Ann Lombardo and Anthony Lombardo, and Defendant Bayer HealthCare Pharmaceuticals Inc., it is hereby stipulated as follows:

The parties agree that the period of time within which Defendant Bayer HealthCare Pharmaceuticals Inc. may answer or otherwise respond to the Complaint is extended until after the case is transferred to *In Re: Gadolinium Based Contrast Agents Products Liability Litigation*,

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING
SF01/ 750430.1

CASE NO. CV 11 1153 EMC

1  MDL No. 1909, Case No. 1:09-gd-50000-DAP ("MDL"), pending in the United States District
2  Court of the Northern District of Ohio. Upon transfer, Defendant Bayer HealthCare
3  Pharmaceutical Inc.'s obligation to file a responsive pleading will be governed by Case
4  Management Order No. 5 issued in the MDL.

Dated: March 25, 2011                                  DRINKER BIDDLE & REATH LLP

                                                       By:/s/ Rodney M. Hudson
                                                          Rodney M. Hudson

                                                       Attorneys for Defendants
                                                       BAYER HEALTHCARE
                                                       PHARMACEUTICALS INC.

Dated: March 25, 2011                                  LEVIN SIMES KAISER & GORNICK LLP

                                                       By:/s/ Lawrence J Gornick
                                                          Lawrence J. Gornick

                                                       Attorneys for Plaintiffs
                                                       ANN LOMBARDO and ANTHONY
                                                       LOMBARDO

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO EXTEND TIME FOR DEFENDANT
TO FILE A RESPONSIVE PLEADING                - 2 -                CASE NO. CV 11 1153 EMC
SF01/ 750430.1