```
Douglas W. Robinson (SBN: 255909)
SHOOK, HARDY & BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California  92614-2546
Telephone:  949-475-1500
Facsimile:  949-475-0016
```

Attorneys for Defendant MALLINCKRODT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN LOMBARDO and ANTHONY LOMBARDO,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER SCHERING PHARMA AG; GE HEALTHCARE, INC.; GE HEALTHCARE AS; MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC.<br><br>　　　　　Defendants. | Case No. CV 11-1153 EMC<br><br>**STIPULATION OF PLAINTIFFS AND DEFENDANT MALLINCKRODT INC. TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING**<br><br>ORDER |

　　　　Pursuant to Local Rule 6-1 of the United District Court for the Northern District of California, and based on the agreement between counsel for plaintiffs Ann Lombardo and Anthony Lombardo, and Defendant Mallinckrodt Inc., it is hereby stipulated as follows:

　　　　The parties agree that the period of time within which Defendant Mallinckrodt Inc. may answer or otherwise respond to the Complaint is extended until after the case is transferred to *In Re: Gadolinium Based Contrast Agents Products Liability Litigation*, MDL No. 1909, Case No. 1:09-gd-50000-DAP ("MDL"), pending in the United States

1  District Court of the Northern District of Ohio.  Upon transfer, Defendant Mallinckrodt
2  Inc.'s obligation to file a responsive pleading will be governed by Case Management
3  Order No. 5 issued in the MDL.
4
5  Dated:  April 04, 2011                    SHOOK, HARDY & BACON L.L.P.
6
7                                            By:  /s/ Douglas W. Robinson
                                                  Douglas W. Robinson
8                                                 Attorney for Defendant Mallinckrodt Inc.
9
10
11  Dated: April 04, 2011                    LEVIN SIMES KAISER & GORNICK LLP
12
13                                            By:  /s/ Laura Brandenberg
                                                  Lawrence J. Gornick
14                                                Laura Brandenberg
                                            Attorneys for Plaintiff Ann Lombardo and
15                                          Anthony Lombardo
16
17
18  IT IS SO ORDERED:
19
20
21  _____
    Edward M. Chen
22  U.S. Magistrate Judge



- 2 -   STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
         CASE No. CV 11-1153 EMC
4433281 v1